IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 18-00373 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN A. BLACK; and | ) | |
| SUSAN E. BLACK. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ENTRY OF DEFAULT**

Upon the request of the United States, Default is hereby entered against defendants John A. Black and Susan E. Black under Fed. R. Civ. P. 55(a).

_____ 10-4-2018
CLERK OF COURT
U.S. District Court
Eastern District of North Carolina