IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 5:18-CV-00373-FL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN A. BLACK; and | ) | |
| SUSAN E. BLACK. | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF DEFAULT

Upon the request of the United States, Default is hereby entered against defendant John A. Black under Fed. R. Civ. P. 55(a).

Dated: November 19, 2019.

_____
CLERK OF COURT
U.S. District Court
Eastern District of North Carolina